JAMES L. REYNOLDS, a Stockholder of the Bank of Mount Vernon, N. Y., and all Other Stockholders who Desire to Come in, Appellant, *v.* BANK OF MOUNT VERNON, N. Y., and GOUVERNEUR ROGERS, Respondents.

*Reynolds* v. *Bank of Mt. Vernon,* 6 App. Div. 62, affirmed.
(Submitted March 22, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 13, 1896, affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Wilson Brown, Jr.,* for appellant.

*Isaac N. Mills* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except VANN, J., not voting.

---

JACOB RINGLE et al., Respondents, *v.* FRANCIS O. MATTHIESSEN, Appellant.

*Ringle* v. *Matthiessen,* 10 App. Div. 274, affirmed.
(Argued March 23, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 12, 1896, upon an order affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury.

*Edward C. James* and *William G. Wilson* for appellant.

*Thomas C. Ennever* for respondents.

Judgment and order affirmed, with costs.; no opinion.
All concur.